# Order

Michigan Supreme Court
Lansing, Michigan

June 21, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146610

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 146610
COA: 305525
Kalamazoo CC: 2010-002059-FC

SCOTT DENIS CRONIN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Although we deny leave to appeal, we note that in *People v Bush*, 187 Mich App 316, 329 (1991), aff'd in part and rev'd in part on other grounds sub nom *People v Harding*, 443 Mich 693 (1993), the Court of Appeals erroneously stated that the failure to move for a new trial in the trial court precludes appellate review of a "great weight of the evidence" argument. To the contrary, review of an unpreserved "great weight" issue is reviewable on appeal, subject to the "plain error" standard of review. See *People v Cameron*, 291 Mich App 599, 616-617 (2011).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2013



s0618

Clerk